**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| JOHN SMITH | CIVIL ACTION NO.: 7:23-cv-00001-DC-RCG |
| PLAINTIFF | |
| V. | |
| HOME DEPOT U.S.A., INC. | |
| DEFENDANT | DIV. JURIS 28 U.S.C. § 1332 |

---

**NOTICE OF SETTLEMENT**

The undersigned, Dennis D. Spurling, hereby advises the Court that a settlement agreement has been reached as to all parties. This case has been resolved in full. This Notice is provided for the convenience of the Court.

Respectfully submitted:

DENNIS SPURLING PLLC

*/s/Dennis D. Spurling*
_____
Dennis D. Spurling
Louisiana Bar Roll No. 24053909
3003 South Loop West, Suite 400
Houston Texas 77054
Telephone: (713) 229-0770
Facsimile: (713) 229-8444
ddspurling@dennisspurling.com
***Attorney for Plaintiff John Smith***

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

/s/Dennis Spurling

- 1 -