IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JOHN SMITH,**  *Plaintiff,* | § § § | |
| v. | § § | NO.   MO:23-CV-0001 |
| **HOME DEPOT U.S.A., INC.,**  *Defendant*. | § § § | |

## ORDER

BEFORE THE COURT is the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 288) filed November 2, 2023.  The parties agree and stipulate that this action against should be dismissed with prejudice. (*Id*.). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein. All pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 3rd day of November, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE